UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

WENDELL M. ROBINSON and
KAREN T. JARRELL-ROBINSON,
Debtors

WENDELL M. ROBINSON and
KAREN T. JARRELL-ROBINSON,

Movants

v.

CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A.,
Respondent

CASE NO.: 20-13484-mdc

CHAPTER 13

LOCATION:
U.S. Bankruptcy Court
Eastern District of Pennsylvania
Courtroom # 2
900 Market Street
Philadelphia, PA 19107

## STIPULATION

COME NOW, this 12th day of January, 2021, Debtors *Wendell M. Robinson and Karen T. Jarrell-Robinson*, through Debtors' attorney, *Brad J. Sadek, Esquire*, and Capital One Auto Finance, a division of Capital One, N.A. ("COAF") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the filed Motion to Determine Value:

WHEREAS the Debtors own a 2016 KIA Optima Sedan 4D EX I4, V.I.N. 5XXGU4L3XGG022774 ("vehicle"); and

WHEREAS COAF has a lien on the vehicle; and

WHEREAS the Debtors have filed a Motion to Determine Value ("Motion"); and

WHEREAS COAF has filed an Response to the Motion; and

WHEREAS the Debtors and COAF seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The value of the 2016 KIA Optima Sedan 4D EX I4 to be paid through the Plan is $12,075.00.

2. The value of the vehicle shall be paid through the Plan at 4.25% interest for sixty (60) months. The payments will total $13,424.66 and COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

5. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

Jason Brett Schwartz, Esquire
Attorney for COAF
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036
Dated: 1/5/21

Brad J. Sadek, Esquire
Attorney for the Debtor
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
(215) 545-0008
Dated: 1/5/21

/s/ LeeAne O. Hugins  No Objection - Without Prejudice to Any Trustee Rights or Remedies

William C. Miller, Trustee
Chapter 13 Trustee    1/11/21
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377
Dated:

SO ORDERED
BY THE COURT:

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge