**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Wendell M. Robinson             CHAPTER 13
       Karen T. Jarrell-Robinson
           Debtor(s)             BKY. NO. 20-13484

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 and index same on the master mailing list.

           Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
05 Jan 2022, 12:37:38, EST

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322