**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

           Chapter 13

           Bankruptcy No. 20-13484-MDC

WENDELL M ROBINSON
KAREN T JARRELL-ROBINSON
618 W SOUTH AVENUE

GLENOLDEN, PA 19036

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WENDELL M ROBINSON
    KAREN T JARRELL-ROBINSON
    618 W SOUTH AVENUE

    GLENOLDEN, PA 19036

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                       /S/ Kenneth E. West

Date: 1/14/2022                                      _____

                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee