*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Wendell M Robinson and
Karen T Jarrell–Robinson

    Debtor(s)

Case No: 20–13484–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED TIME ONLY*
Motion for Relief from Stay re: 618 West South Ave, Glenolden, PA, 19036., Filed by U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007–HE2, Asset–Backed Certificates Series 2007–HE2 Represented by REBECCA ANN SOLARZ

on: 3/15/22

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/28/22

Timothy B. McGrath
Clerk of Court

63 – 60
Form 167