United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13484-mdc |
| Wendell M Robinson | Chapter 13 |
| Karen T Jarrell-Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wendell M Robinson, Karen T Jarrell-Robinson, 618 W South Avenue, Glenolden, PA 19036-2409 |
| 14532864 | + | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14532866 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14540681 | | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14541009 | | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14660000 | + | U.S. Bank, N.A.,successor trustee LaSalle Bank Nat, c/o Rebecca Solarz,Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14533521 | + | of U.S. Bank, N.A., successor trustee to LaSalle B, c/o Andrew M. Lubin,Esquire, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2022 23:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2022 23:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2022 23:20:00 | Pennsylvania Department of Revenue, PA Office of the Chief Counsel, Strawberry Square, Room 1032, Harrisburg, PA 17128-0001 |
| 14532858 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:30:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14532859 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2022 23:30:11 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14534177 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 23:30:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14550685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 23:30:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14534372 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 23:30:11 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14550792 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 23:30:06 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Service, PO BOX 4360, Houston TX 77210-4360 |
| 14535697 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2022 23:30:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14532860 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2022 23:20:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14532861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2022 23:20:00 | | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14532862 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Mar 21 2022 23:30:09 | | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14534328 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 21 2022 23:30:09 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536098 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2022 23:20:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14545287 | + | Email/Text: JCAP_BNC_Notices@jcap.com Mar 21 2022 23:20:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14555202 | | Email/Text: bnc-quantum@quantum3group.com Mar 21 2022 23:20:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14549937 | | Email/Text: bnc-quantum@quantum3group.com Mar 21 2022 23:20:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14550390 | | Email/Text: bnc-quantum@quantum3group.com Mar 21 2022 23:20:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14547713 | | Email/Text: bnc-quantum@quantum3group.com Mar 21 2022 23:20:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14532865 | + | Email/PDF: resurgentbknotifications@resurgent.com Mar 21 2022 23:30:09 | | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14532867 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Mar 21 2022 23:20:00 | | Tbom/atls/aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14532868 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net Mar 21 2022 23:20:00 | | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14532869 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2022 23:20:00 | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14532863 | | Franklin Mint Federal Credit Union |
| 14533377 | | U.S. Bank, N.A., successor trustee to LaSalle Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14534178 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Wendell M Robinson brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Karen T Jarrell-Robinson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          Chapter 13
WENDELL M ROBINSON
KAREN T JARRELL-ROBINSON

                   Debtor                    Bankruptcy No. 20-13484-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: March 18, 2022

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
WENDELL M ROBINSON
KAREN T JARRELL-ROBINSON
618 W SOUTH AVENUE

GLENOLDEN, PA 19036